AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

## Western District of Texas

JAMIN HAZAEL RODRIGUEZ,
Plaintiff,

v.

BURLINGTON COAT FACTORY OF TEXAS, L.P AND/OR BURLINGTON COAT FACTORY OF TEXAS, INC.,
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-21-CV-064-AM/CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That the motion is GRANTED. Accordingly, all claims against the Defendants Burlington Coat Factory of Texas, L.P. and Burlington Coat Factory of Texas, Inc. are DISMISSED WITH PREJUDICE, with the parties to bear their own costs.

10/20/2022
Date

Philip J. Devlin
Clerk

*J. Sanchez*

(By) Deputy Clerk

